Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE (1) 2002 FORD EXCURSION, VIN #1FMSU43F52EA67103, WASHINGTON STATE LICENSE 421MXR, and its Equipment, Tools, and Accessories; AND<br><br>ONE (1) 2003 CHEVROLET SUBURBAN, VIN #3GNFK16Z63G194458, WASHINGTON STATE LICENSE 627PNO, and its Equipment, Tools, and Accessories,<br><br>    Defendants. | NO. C04-5768FDB<br><br>ORDER FOR DISMISSAL |

This matter having come before the Court on the Stipulated Motion of the parties for Dismissal pursuant to Fed. R. Civ. P. 41(a)(1), and the Court having reviewed the submissions of the parties, and the files and records herein, the Court now finds and rules as follows:

1. The vehicle title to the defendant 2002 Ford Excursion, VIN 1FMSU43F52EA67103, is to be returned to Tobias Grace pursuant to the Plea Agreement between the United States and Tobias Grace, entered in the related criminal matter

ORDER FOR DISMISSAL - 1
(C04-5468FDB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  pending in this district, captioned <u>United States v. Tobias M. Grace and Scott Laney</u>, No.
2  CR04-5460FDB;

3      2.    The defendant 2002 Ford Excursion was released to Tobias Grace and his
4  spouse, Monica Grace, pursuant to an Agreement for Release of Property dated
5  December 2, 2004;

6      3.    The vehicle title to the defendant 2003 Chevrolet Suburban, VIN
7  3GNFK16Z63G194458, is to be returned to Scott Laney pursuant to the Plea Agreement
8  between the United States and Scott Laney, entered in the related criminal matter pending
9  in this district, captioned <u>United States v. Tobias M. Grace and Scott Laney</u>, No. CR04-
10  5460FDB;

11      4.    The defendant 2003 Chevrolet Suburban was released to Scott Laney and
12  his spouse, Bethany Laney, pursuant to an Agreement for Release of Property dated
13  January 12, 2005;

14      5.    The United States Marshal Service is directed to remove the United States
15  Marshal Service from the titles as legal owner, and retitle the defendant 2002 Ford
16  Excursion, VIN 1FMSU43F52EA67103, in the name of Tobias Grace, the previously
17  titled owner, and retitle the defendant 2003 Chevrolet Suburban, VIN
18  3GNFK16Z63G194458, in the name of Bethany Laney, the previously titled owner.

19  \\
20  \\
21  \\
22  \\
23  \\
24  \\
25  \\
26  \\
27  \\
28  \\

ORDER FOR DISMISSAL - 2
(C04-5468FDB)

UNITED STATES ATTORNEY
700 S<small>TEWART</small>  S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | NOW THEREFORE, IT IS HEREBY ORDERED that the Stipulated Motion for |
| 2 | Dismissal in this case is GRANTED. |
| 3 | DATED this 6th day of April 2006. |

```
                                    _____
                                    FRANKLIN D. BURGESS
                                    UNITED STATES DISTRICT JUDGE
```

Presented By:

  /s/ Leonie G. H. Grant
LEONIE G.H.GRANT
Assistant United States Attorney
WSBA #12670
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-2242
Fax No.:     (206) 553-6934
Email:       Lee.Grant@usdoj.gov


  /s/ Barry L. Flegenheimer           *    * Pursuant to telephonic authorization
Barry L. Flegenheimer
Attorney for Tobias M. Grace
WSBA #11024
Bell, Flegenheimer & Nance
119 First Avenue S., #500
Seattle, Washington 98104
Telephone:  206-621-8777
Fax No.:    206-621-1256
Email:      Barryfp@aol.com


  /s/ Richard J. Troberman            *    * Pursuant to telephonic authorization
Richard J. Troberman
Attorney for Scott Laney
WSBA # 6379
520 Pine Street, Suite 2510
Seattle, Washington 98101-4006
Telephone:   (206) 343-1111
Fax No.:     (206) 340-1936 (fax)
Email:       Tmanlaw@aol.com

ORDER FOR DISMISSAL - 3
(C04-5468FDB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970